This is to advise that on August 28, 2007

Judge Judith M. Barzilay

Issued CONFIDENTIAL Slip Opinion 07-130

In action

Ct. No. 06-00013

Nevinnomysskiy Azot, et al,
(Plaintiffs,)

v.

United States,
(Defendant,)

and

Agrium US, Inc. & Ad Hoc Committee of Domestic Nitrogen Producers,
(Defendant Intervenors.)